1  BENJAMIN B. WAGNER
   United States Attorney
2  JEFFREY J. LODGE
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone:  (559) 497-4000
5  Facsimile:  (559) 497-4099

6  Attorneys for Defendant United States of America

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

   DONALD RAY HOLDER,                    )    1:10-cv-01751-LJO/JLT
11                                        )
              Plaintiff,                  )    **APPLICATION TO APPROVE**
12                                        )    **STIPULATION TO DISMISS KELLY C.**
        v.                                )    **COLE AS A PARTY; ORDER**
13                                        )
   KELLY C. COLE, an individual; &       )
14 UNITED STATES OF AMERICA,             )
   UNITED STATES DEPARTMENT              )
15 OF THE INTERIOR, BUREAU OF            )
   LAND MANAGEMENT,                      )
16                                        )
              Defendants.                 )
17 _____ )

18       Plaintiff Donald Ray Holder ("Plaintiff") and Defendant United States of America

19 ("Defendant"), by and through undersigned counsel, hereby stipulate that because the United

20 States of America is the only proper defendant in a suit under the Federal Tort Claims Act

21 ("FTCA"), 28 U.S.C. § 1346(b)(1), the United States' employee, Kelly C. Cole, should be

22 dismissed as a party to this action without prejudice.[1]  The complaint shall remain pending

23 against the United States of America.  The complaint seeks relief against only the United States

24

25

26       [1] Nothing in this stipulation is intended to constitute a waiver of any defense that may be
   asserted by the United States of America.  The United States specifically reserves all of its
27 defenses and objections in this action, including without limitation the defenses and objections
   under Rules 4, 8 and 12 of the Federal Rules of Civil Procedure and under all other applicable
28 laws and procedural rules.

                                          1
   APPLICATION TO APPROVE STIPULATION TO DISMISS KELLY C. COLE AS A PARTY; [PROPOSED] ORDER

1  of America and does not seek separate relief against the Department of the Interior or the Bureau

2  of Land Management.

3      The parties request that the Court endorse this stipulation by way of formal order

4  pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and Local Rule 143.

5                Respectfully submitted,

6  Dated: January 6, 2011           BENJAMIN B. WAGNER
                       United States Attorney

7

8
                     By:   /s/Jeffrey J. Lodge
9                           JEFFREY J. LODGE
                       Assistant U.S. Attorney
10                        Attorneys for Defendant

11
  Dated: January 6, 2011           KLEIN, DENATALE, GOLDNER,
12                        COOPER, ROSENLIEB & KIMBALL, LLP

13

14                      By:   /s/Ned E. Dunphy  (Approved 1/6 /11)
                       NED E. DUNPHY
15                        Attorneys for Plaintiff

16

17                  ORDER

18    IT IS HEREBY ORDERED that Kelly C. Cole is hereby dismissed as a party defendant

19 in the above referenced matter without prejudice.

20 Dated: January 10, 2011

21                 /s/ Lawrence J. O'Neill
                 UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

APPLICATION TO APPROVE STIPULATION TO DISMISS KELLY C. COLE AS A PARTY; [PROPOSED] ORDER