# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD RAY HOLDER, | CASE NO. CV F 10-1751 LJO JLT |
| Plaintiff, | **ORDER AFTER SETTLEMENT** |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The parties have filed a Notice of Settlement indicating that settlement has been reached in this case. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than September 19, 2011,** to file appropriate papers to dismiss or conclude this action in its entirety.

This Court VACATES all pending dates and matters.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

**Dated:   August 17, 2011**                         /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE