
BENJAMIN B. WAGNER
United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD RAY HOLDER, | 1:10-cv-01751-LJO/JLT |
| Plaintiff, | **STIPULATION FOR DISMISSAL; ORDER** |
| v. | |
| KELLY C. COLE, an individual; & UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT, | |
| Defendants. | |

Pursuant to the terms of a written Settlement Agreement as well as the provisions of Fed. R. Civ. P. 41(a)(1), Plaintiff Donald Ray Holder and Defendant United States of America, by and through their respective counsel, hereby stipulate that this action be dismissed with prejudice.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: September 8, 2011        BENJAMIN B. WAGNER
United States Attorney


By:   /s/Jeffrey J. Lodge
JEFFREY J. LODGE
Assistant U.S. Attorney
Attorneys for Defendant

///

1  Dated: September 8, 2011                                KLEIN, DENATALE, GOLDNER,
                                                          COOPER, ROSENLIEB & KIMBALL, LLP
2

3                                                         (As authorized 09/08/11)
                                                   By:   /s/Ryan D. Bright
4                                                         RYAN D. BRIGHT
                                                          Attorneys for Plaintiff
5

6

7                                      **ORDER OF DISMISSAL**

8           The above stipulation is APPROVED, and this action is hereby DISMISSED WITH

9    PREJUDICE.

10          IT IS SO ORDERED.

11   **Dated:    September 8, 2011**                      **/s/ Lawrence J. O'Neill**
                                                          UNITED STATES DISTRICT JUDGE
12