BENJAMIN B. WAGNER
United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD RAY HOLDER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KELLY C. COLE, an individual; &<br>UNITED STATES OF AMERICA,<br>UNITED STATES DEPARTMENT<br>OF THE INTERIOR, BUREAU OF<br>LAND MANAGEMENT,<br><br>　　　　Defendants. | 1:10-cv-01751-LJO/JLT<br><br>**STIPULATION FOR DISMISSAL;<br>ORDER** |

　　　Pursuant to the terms of a written Settlement Agreement as well as the provisions of Fed. R. Civ. P. 41(a)(1), Plaintiff Donald Ray Holder and Defendant United States of America, by and through their respective counsel, hereby stipulate that this action be dismissed with prejudice.

　　　IT IS SO STIPULATED.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: September 8, 2011　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　By:　　/s/Jeffrey J. Lodge
　　　　　　　　　　　　　　　　　　　JEFFREY J. LODGE
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

///

1 | Dated: September 8, 2011

KLEIN, DENATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP

By:  (As authorized 09/08/11)
/s/Ryan D. Bright
RYAN D. BRIGHT
Attorneys for Plaintiff

## ORDER OF DISMISSAL

The above stipulation is APPROVED, and this action is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

**Dated:   September 8, 2011**          /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE